UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPENCER T. CRUMBSIE

Write the full name of each plaintiff.

26 CV 3352

No.
(To be filled out by Clerk's Office)

-against-

WALI MUHAMMAD ✓/LAWYER

LEAGAL AID SOCIETY OF

WESTCHESTER WHITE PLAINS

COUNTY                    N.Y.

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

RECEIVED
SDNY PRO SE OFFICE
2026 APR 23  AM 11: 10

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other:  FALSE REPRESENTATION/MALICOUS PROSECUTION

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

SPENCER                    T                  CRUMBSIE
First Name                 Middle Initial     Last Name

NONE

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

P-9525

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

WESTCHESTER CO. JAIL
Current Place of Detention

10 WOODS RD.
Institutional Address

WEST CO. VALHALLA          N.Y.             10595
County, City               State            Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other:

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    WALI    MUHAMMAD    LAWYER NONE

First Name            Last Name            Shield #

LEAGAL AID ATTORNEY

Current Job Title (or other identifying information)

LEAGAL AID SOCIETY BUILDING    WHITE PLAINS

Current Work Address

WESTCO. WHITE PLAINS    N.Y.    10601

County, City            State            Zip Code

Defendant 2:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 3:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Defendant 4:

First Name            Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City            State            Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: COUNTY JAIL RM. visit / PORTCHESTER COURT HOUSE

Date(s) of occurrence: 4-10-2026 → 4-17-2026    4-15-2026

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I SPENCER T. CRUMBSIE ASK & WAS GRANTED A PENAL CODE 180.80 WHICH MEANS A FELONY HEARING / PELIMINARY HEARING. ① NOW ALLOW ME TO CAREFULLY EXPLAIN THIS MATTER. I WAS ARRESTED ON MARCH 6, 2026. FOR A BURGARY ③ A STOP & SHOP CRIME. NOW THIS CHARGE WAS TO BE A PETIT LARCENY. BUT IT WAS UPGRADED TO A FELONY BURGARY, BECAUSE OF A NO TRESSPASS. NOW ② THIS LAWYER WALI MUHAMMAD & I DECIDED TO TAKE BY MY REQUEST A 180.80 → FELONY HEARING. SO THE PORTCHESTER COURT JUDGE DID RULE FOR THIS. TO GIVEN TO ME ON 4-17-2026. ③ THE PEOPLE HAVE 144 HOURS TO GIVE ME THIS HEARING OR R.O.R. / RELEASE ME TO LEAVE JAIL & GO HOME. BUT THIS ATTORNEY SAID TO ME ON 4-15-2026. THAT THE D.A. OFFICE DECIDED TO WAIVE MY HEARING, NOT MY ATTORNEY SAID. BUT THE D.A. OFFICE SAID! SO NOW I'M UNDER THE IMPRESSION THAT THE D.A. OFFICE DID SOMETHING ILLEAGAL BUT MY ATTORNEY WALI MUHAMMAD LIED & AND SAID THE D.A. WAIVE MY RIGHTS TO HAVE THIS HEARING

Page 4

TO: CLERK OF THE COURT

FROM: SPENCER T CRUMBSIE

CRUMBSIE V. WALI MUHAMMAD
        (LEGAL AID ATTORNEY

RE: REASONS FOR (FALSE REPRESENTATION)

1). HAVING A "SIDE BARR" COVERSATION WITHOUT IT BEING ON COURT RECORD! "OUTSIDE THE COURTS KNOWLEDGE!!!

2). NEVER SEEKING MY CONSENT FOR THIS MOTION! EVEN THOUGH IT WAS NOT COURT APPROVED!

3.) REQUEST 180.80 CRIMINAL PENAL LAW FOR FELONY HEARING ON RECORD! AND THIS LAWYER LIED STATING ON A JAIL VISIT SAID "D.A. OFFICE WAIVED MY RIGHTS TO HAVE HEARING WITHOUT IT BEING ON COURT RECORD!

AND ON NEXT COURT DATE D.A. OFFICE SAID MY ATTORNEY WAIVED MY HEARING BUT I HAVE ONE QUESTION? IT WAS NEVER DONE ON COURTS TIME! DONE OUTSIDE THE COURTS KNOWLEDGE. MAKING THIS ILLEAGAL ON BOTH THE ATTORNEY & D.A.'S OFFICE!!! IT'S CLEAR TO SEE.

BUT THIS ATTORNEY TOOK IT UPON HIMSELF TO WAIVE MY RIGHT TO BE HEARD AND UNDER HAND WITH THE D.A's OFFICE WORKING TOGETHER MAKE ME TAKE ANOTHER TYPE OF MOTION AND did NOT INFORM ME, HE DID THIS HIMSELF RATHER THAN LEAGALLY IT HAS TO BE DONE IN FRONT OF A JUDGE TO BE RECORDED THIS WAS DONE iLLEAGALLY. And THE ATTN WALi MUHAMMAD & D.A DID THIS, SO I DONT HAVE MY HEARING APPROPRIATE

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

NO INJURY

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

FALSE REPRESENTATION — # 1.5 Million DOLLARS

MALICOUS INTENT — # 750,000 ºº DOLLARS

BECAUSE-I WAS NEVER INFORM! WHETHER OR NOT iT WAS FOR MY good OR BAD RATHER iT WAS BAD iNSTEAD! HE NEVER REPRESENTED ME & INFORMED ME HE DID THIS BUT HE TOLD ME THE D.A DID THIS! "NOT Him"!!?

HE liED WORKING WITH D.A. NOT ME!

Page 5

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

4-17-2026
Dated

Plaintiff's Signature

SPENCER                T.                CRUMBSIE
First Name           Middle Initial        Last Name

10 WOODS RD.
Prison Address

WEST
CO   VALHALLA                N.Y.                10595
County, City                   State                Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

Case 1:26-cv-03352-LLS Document 1 Filed 04/23/26 Page 8 of 8



S. CRUMBSIE P-9525
P.O. BOX 10.
VALHALLA N.Y.
10595

PRO SE *
INTAKE
* UNIT *

WESTCHESTER NY 105

CLERK 20 APR 2026 PM 3 L
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN U.S. COURT HOUSE
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007.
* OFFICAL BUSINESS *

FOREVER / USA

RECEIVED
APR 22 2026
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
SDNY PRO SE OFFICE
2026 APR 23 AM 11:08