UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPENCER T. CRUMBSIE,

Plaintiff,

-against-

WALI MUHAMMAD; LEAGAL AID SOCIETY OF WESTCHESTER WHITE PLAINS COUNTY NY.,

Defendants.

26 CIVIL 03352 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the July 15, 2026, second order, the Court dismisses the amended complaint without prejudice for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Court directs the Clerk of Court to enter judgment dismissing this action without prejudice.

SO ORDERED.

Dated: July 20, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge